The People of the State of New York, Respondent, *v.*
The New York Central and Hudson River Railroad
Company, Appellant.

*People* v. *N. Y. C. & H. R. R. R. Co.*, 138 App. Div. 601, affirmed.
(Argued June 13, 1910; decided June 17, 1910.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered May
6, 1910, in favor of plaintiff upon the submission of a contro-
versy, under section 1279 of the Code of Civil Procedure, as
to whether certain equipment trust certificates and dividend
warrants came within the provision of the Public Service Com-
missions Law prohibiting railroad corporations from issuing

"stocks, bonds, notes or other evidence of indebtedness payable at periods of more than twelve months after the date thereof" without permission from the proper commission.

*Albert H. Harris* and *Thomas Emery* for appellant.

*Ledyard P. Hale* for respondent.

Judgment affirmed, with costs, on opinion of SMITH, P. J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.